WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

# UNITED STATES DISTRIC COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS WOOTERS, | Case No. 2:22-CV-01691-CDS-BNW |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, BANK OF AMERICA, N.A., MARLETTE FUNDING, LLC, FIRST NATIONAL BANK OF OMAHA, JPMORGAN CHASE BANK, N.A., HSBC BANK USA, N.A., AND SYNCHRONY FINANCIAL. | **(First Request)** |
| Defendants. | |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint (First Request):

On October 6, 2022, Plaintiff filed his Complaint [ECF No. 1]. The Summons to Defendants was issued on October 7, 2022 [ECF No. 3] and purportedly served on October 10, 2022. BANA has 21 days from when the summonses was served to file its response to the Complaint, which makes the current deadline October 31, 2022.

BANA's counsel is still investigating the allegations raised in Plaintiff's Complaint. Further, Plaintiff and BANA have discussed extending the deadline 30-days for BANA to respond

1   to the Complaint, in order to explore early resolution opportunities.  On October 24, 2022, BANA

2   received approval of a 30-day extension to respond to the Complaint from Plaintiff's counsel,

3   which would make the response due November 30, 2022.

4          Based upon the foregoing, BANA respectfully requests that the Court extend the deadline

5   for BANA to file its response to Plaintiff's Complaint to November 30, 2022.  This is the first

6   request for extension of time for BANA to respond to Plaintiff's Complaint. The extension is

7   requested in good faith and is not for purposes of delay or prejudice to any other party.

8

9                                            Dated this 26th  day of October, 2022.

10                                           WRIGHT, FINLAY & ZAK, LLP

11

12                                           /s/ Jory C. Garabedian
                                             Darren T. Brenner, Esq.
13                                           Nevada Bar No. 8386
                                             Jory C. Garabedian, Esq.
14                                           Nevada Bar No. 10352
                                             7785 W. Sahara Ave., Suite 200
15                                           Las Vegas, Nevada 89117
                                             *Attorneys for Bank of America, N.A.*
16

17

18

19                         **IT IS SO ORDERED:**

20

21                         UNITED STATES MAGISTRATE JUDGE

22                         DATED: October 27, 2022

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2022, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** to the parties below:

George Haines
Gerardo Avalos
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Ste 350
Las Vegas, NV 89123
Ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

Michael Kind
Kind Law
8860 S. Maryland Parkway, Ste 106
Las Vegas, NV 89123
mk@kindlaw.com
*Attorneys for Plaintiff Jeremiah Davis*

/s/ Tonya Sessions
An employee of Wright Finlay & Zak LLP

3