Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS WOOTERS,<br><br>　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC.; BANK OF AMERICA, N.A.; MARLETTE FUNDING, LLC dba BEST EGG; CAPITAL ONE BANK (USA) N.A.; FIRST NATIONAL BANK OF OMAHA; JPMORGAN CHASE BANK, NA; HSBC BANK USA, N.A.; and SYNCHRONY FINANCIAL dba SYNCB/CAR CARE PEP BOYS,<br><br>　　Defendants. | CASE NO.  2:22-cv-01691-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JP MORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant JPMorgan Chase Bank, N.A.'s response to Plaintiff Francis Wooters's complaint currently is due October 31, 2022.  JPMorgan Chase Bank has requested, and Plaintiff has agreed, that JPMorgan Chase Bank shall have up to and including November 21, 2022, to respond to Plaintiff's complaint, to provide time for JPMorgan Chase Bank to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against JPMorgan Chase Bank.

DMFIRM #405413389 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: October 31, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ *Andrew S. Clark*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark, Esq.<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank* | By: /s/ Gerardo Avalos<br>Michael Kind, Esq.<br>8860 South Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123<br><br>George Haines, Esq.<br>Gerardo Avalos, Esq.<br>FREEDOM LAW FIRM<br>8985 South Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 1, 2022