1  Michael Kind, Esq.
   Nevada Bar No. 13903
2  **KIND LAW**
   8860 South Maryland Parkway, Suite 106
3  Las Vegas, Nevada 89123
   (702) 337-2322
4  (702) 329-5881 (fax)
   mk@kindlaw.com
5
   George Haines, Esq.
6  Nevada Bar No. 9411
   Gerardo Avalos, Esq.
7  Nevada Bar No. 15171
   **FREEDOM LAW FIRM**
8  8985 S. Eastern Ave., Suite 350
   Las Vegas, Nevada 89123
9  (702) 880-5554
   (702) 385-5518 (fax)
10 ghaines@freedomlegalteam.com
   *Counsel for Plaintiff Francis Wooters*
11

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS WOOTERS, | Case No. 2:22-cv-01691-CDS-BNW |
| Plaintiff, | **STIPULATED DISMISSAL WITHOUT PREJUDICE OF MARLETTE FUNDING, LLC DBA BEST EGG** |
| v. | |
| EXPERIAN INFORMATION SOULTIONS, INC., TRANS UNION, LLC, INNOVIS DATA SOULTIONS, INC., BANK OF AMERICA, N.A., MARLETTE FUNDING, LLC DBA BEST EGG, CAPITAL ONE (USA) N.A., FIRST NATIONAL BANK OF OMAHA, JPMORGAN CHASE BANK, NA., HSBC BANK USA, N.A. and SYNCHRONY FINANICAL DBA SYNCB/CAR CARE PEP BOYS | |
| Defendants. | |

Plaintiff Francis Wooters ("Plaintiff") filed a complaint against Defendant Marlette Funding LLC ("Marlette") and the other above-captioned defendants on October 6, 2022. *See* Dkt. No. 1. Marlette has served neither an answer nor motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff and Marlette hereby stipulate to arbitrate Plaintiff's claims against Marlette before the Judicial Arbitration and Mediation Services, Inc. ("JAMS"). Marlette

will cover the filing fees, including consumer filing fees, before the JAMS.

Accordingly, Plaintiff and Marlette stipulate to voluntarily dismiss Plaintiff's claims against Marlette without prejudice, in favor of arbitration.

Dated: November 1, 2022

| KIND LAW | FOLEY & LARDNER |
|---|---|
| By: *//s// Michael Kind*<br>Michael Kind, Esq.<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>(702) 337-2322<br>(702) 329-5881 (fax)<br>mk@kindlaw.com | By: */s/ Robert Stewart*<br>Robert Stewart (NV Bar No. 13770)<br>95 S State Street, Suite 2500<br>Salt Lake City, Utah 84111<br>(801) 401-8900<br>(385) 799-7576 (fax)<br>rtstewart@foley.com |
| *Attorney for Plaintiff Francis Wooters* | *Attorney for Defendant Marlette Funding LLC* |

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:   November 3, 2022