Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorney for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS WOOTERS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC.; BANK OF AMERICA, N.A.; MARLETTE FUNDING, LLC dba BEST EGG; CAPITAL ONE BANK (USA) N.A.; FIRST NATIONAL BANK OF OMAHA; JPMORGAN CHASE BANK, NA; HSBC BANK USA, N.A.; and SYNCHRONY FINANCIAL dba SYNCB/CAR CARE PEP BOYS,<br><br>    Defendants. | CASE NO. 2:22-cv-01691-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JP MORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Defendant JPMorgan Chase Bank, N.A.'s response to Plaintiff Francis Wooters's complaint currently is due November 21, 2022. JPMorgan Chase Bank has requested, and Plaintiff has agreed, that JPMorgan Chase Bank shall have up to and including December 5, 2022, to respond to Plaintiff's complaint. Counsel for JPMorgan and Plaintiff have had preliminary discussions on resolving Plaintiff's claims against JPMorgan, and the additional time will provide the parties the opportunity to resolve those claims before JPMorgan files a responsive pleading.

DMFIRM #405721546 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: November 21, 2022

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ *Andrew S. Clark* | By: /s/ *Michael Kind* |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark, Esq.<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Kind, Esq.<br>8860 South Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant JPMorgan Chase Bank* | George Haines, Esq.<br>Gerardo Avalos, Esq.<br>FREEDOM LAW FIRM<br>8985 South Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123 |
| | *Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2022

## Clark, Andrew S. (LV)

| | |
|---|---|
| **From:** | Michael Kind <mk@kindlaw.com> |
| **Sent:** | Monday, November 21, 2022 6:02 PM |
| **To:** | Clark, Andrew S. (LV) |
| **Cc:** | Tasca, Joel (LV); gerardo avalos; matthew tripp-cox |
| **Subject:** | Re:[## 19542 ##] Wooters - Stip to Extend Time |

⚠ **EXTERNAL**

Hi Andrew,

You have my consent.

Thank you,

Sent on behalf of:

Michael Kind, Esq.



8860 S. Maryland Parkway, Suite 106, Las Vegas, Nevada 89123
Direct: (702) 337-2322
Toll Free: (844) 399-KIND (5463)
Fax: (702) 329-5881
https://kindlaw.com

CONFIDENTIALITY NOTICE AND WARNING:
This email (including all attachments) is privileged and may contain confidential information that is only intended to be viewed by intended recipients. If you received this email in error, please notify me immediately and delete the message. I do not waive any rights, privileges, or the confidentiality of the email's content. Any dissemination of this communication is strictly prohibited, without my written consent. Thank you for your cooperation.

---- on Mon, 21 Nov 2022 10:54:29 -0800 **"Clark, Andrew S."<clarkas@ballardspahr.com>** wrote ----

Hello Mike,

Let me know if we have your consent to file the attached stipulation on the extension in Wooters.

Thanks,

**Andrew S. Clark**

**Ballard Spahr** LLP

One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958

702.868.7528 DIRECT
702.471.7070 FAX

clarkas@ballardspahr.com
VCARD

--------------------------------

www.ballardspahr.com

**From:** Michael Kind <mk@kindlaw.com>
**Sent:** Thursday, November 17, 2022 2:43 PM
**To:** Clark, Andrew S. (LV) <clarkas@ballardspahr.com>
**Cc:** Tasca, Joel (LV) <TASCA@ballardspahr.com>; gerardo avalos <gavalos@freedomlegalteam.com>; Matthew Tripp-Cox <matthew.tripp-cox@kindlaw.com>
**Subject:** Re:[## 18850 ##] Wooters/Chase

⚠ **EXTERNAL**

Hi Andrew,

No problem on an extension. We will review with our client and get back to you.

Thank you,

Sent on behalf of:

Michael Kind, Esq.

8860 S. Maryland Parkway, Suite 106, Las Vegas, Nevada 89123

Direct: (702) 337-2322