Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Francis Wooters*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Francis Wooters, | Case No.: 2:22-cv-01691-CDS-BNW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE THE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| Experian Information Solutions, Inc. et al, | |
| Defendants. | **(FIRST REQUEST)** |

Francis Wooters ("Plaintiff") and Defendants First National Bank of Omaha, Capital One, N.A., successor-by-merger to Capital One Bank (USA) N.A., and Trans Union, LLC ("Defendants") (jointly as the "Parties"), by and through their respective counsel, hereby stipulate to extend Local Rule 26-1's deadline for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadline").

Good cause exists to extend the Deadline. The Parties need additional time for counsel to coordinate to set the discovery conference. Additionally, Trans Union's MLD Motion to Transfer Actions is still pending, and the remaining Parties are engaged in active settlement discussions that may alleviate the need to submit a

STIPULATION    - 1 -

proposed discovery plan. Therefore, it is appropriate to extend the Deadline for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

Parties therefore request to extend the Deadline by 30 days, making the new deadline for the submission of a stipulated discovery plan and scheduling order on January 16, 2023. This is the first request for an extension of this deadline.

Dated: December 16, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**JONES LOVELOCK**

 /s/ Sue Trazig Cavaco
Sue Trazig Cavaco, Esq.
Nicole E. Lovelock, Esq.
Marta Kurshumova, Esq.
6600 Amelia Earhart Ct., Ste. C
Las Vegas, Nevada 89119
*Counsel for First National Bank of Omaha*

**MCDONALD CARANO LLP**

 /s/  Karyna M. Armstrong
Karyna M. Armstrong, Esq.
Jeff Silvestri, Esq.
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Counsel for Capital One, N.A. (successor-by-merger to Capital One Bank (USA), N.A.)*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 4:26 pm, December 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION - 2 -

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

 /s/ Rachael Swernofsky
Rachael Swernofsky, Esq.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
*Counsel for Trans Union LLC*

STIPULATION                              - 3 -