WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCIS WOOTERS,<br><br>Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, BANK OF AMERICA, N.A., MARLETTE FUNDING, LLC, FIRST NATIONAL BANK OF OMAHA, JPMORGAN CHASE BANK, N.A., HSBC BANK USA, N.A., AND SYNCHRONY FINANCIAL.<br><br>Defendants | Case No. 2:22-cv-01691-CDS-BNW<br><br>**STIPULATION RE DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS (ECF NO. 44)** |

    Defendant Bank of America N.A. ("BANA") and Plaintiff Francis Wooters, by and through their undersigned counsel of record, hereby submit the following Stipulation (and below proposed Order) regarding Defendant Bank of America, N.A.'s Motion to Dismiss (ECF No. 44):

    On December 19, 2022, BANA filed its Motion to Dismiss.  On December 23, 2022, the Court entered a Minute Order in Chambers (ECF No. 47) staying this case until a decision is reached on whether this case will be transferred to the judicial panel on multidistrict litigation.  The Minute Order, also included an Order to Show Cause as to why the Court should not deny BANA's Motion to Dismiss without prejudice to refile after the stay is lifted.  (ECF No. 47).

On December 29, 2022, Plaintiff filed his response in opposition to BANA's Motion to Dismiss. (ECF No. 49). Plaintiff also filed a response to the Court's Order to Show Cause arguing that BANA's Motion to Dismiss should be heard and considered despite the stay. (ECF No. 49).

On February 6, 2023, the judicial panel on multidistrict litigation entered its Order Denying Transfer. (ECF No. 51). As of the date of this Stipulation, the Court has not entered a subsequent order lifting the stay or a further determination on the Order to Show Cause.

In light of the foregoing, and to facilitate orderly resolution of BANA's Motion to Dismiss given the Order Denying Transfer, BANA and Plaintiff hereby stipulate and agree that:

(1) The Order to Show Cause within ECF No. 47 should be deemed moot.

(2) The Motion to Dismiss (ECF No. 44) and Plaintiff's response in opposition (ECF No. 49) shall remain on file for the Court's consideration.

(3) BANA shall have the opportunity to file its Reply to the Motion to Dismiss by March 10, 2023.

IT IS SO STIPULATED AND AGREED.

Dated: March 2, 2023                               Dated: March 2, 2023

WRIGHT, FINLAY, & ZAK, LLP                         KIND LAW


*/s/ Jory C. Garabedian*                           */s/ Michael Kind*
Jory C. Garabedian, Esq.                           Michael Kind, Esq.
Nevada Bar No. 10352                               Nevada Bar No. 13903
jgarabedian@wrightlegal.net                        mk@kindlaw.com
*Attorney for Bank of America, N.A.*               *Attorney for Plaintiff*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 6, 2023