Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Francis Wooters*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Francis Wooters,<br><br>    Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>    Defendants | Case No.: 2:22-cv-01691-CDS-BNW<br><br>**Stipulation for dismissal of First National Bank of Omaha without prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Francis Wooters and First National Bank of Omaha stipulate to dismiss Plaintiff's claims against First National Bank of Omaha without prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 22, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Francis Wooters*

**JONES LOVELOCK PLLC**

/s/ Sue Trazig Cavaco
Sue Trazig Cavaco, Esq.
Nicole Lovelock, Esq
Marta D Kurshumova, Esq.
6600 Amelia Earhart Court Suite C
Las Vegas, NV 89119
*Counsel for First National Bank of Omaha*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED   March 23, 2023