Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Sue Trazig Cavaco, Esq.
Nevada State Bar No. 6150
Marta Kurshumova, Esq.
Nevada State Bar No. 14728
**JONES LOVELOCK**
6600 Amelia Earhart Ct., Ste. C
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: scavaco@joneslovelock.com
Email: mkurshumova@joneslovelock.com

*Attorneys for Defendant*
*First National Bank of Omaha*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS WOOTERS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, INNOVIS DATA SOLUTIONS, INC., BANK OF AMERICA, N.A., MARLETTE FUNDING, LLC, d/b/a Best Egg, CAPITAL ONE BANK (USA) N.A., FIRST NATIONAL BANK OF OMAHA, JP MORGAN CHASE BANK, N.A., HSBC BANK USA, N.A., AND SYNCHRONY FINANCIAL d/b/a SYNCB/ Car Care Pep Boys,<br><br>　　　　　Defendants. | CASE NO.:   2:22-cv-01691-CDS-BNW<br><br>**DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO REMOVE COUNSEL FROM CM/ECF NOTIFICATIONS** |

COMES NOW Defendant First National Bank of Omaha and hereby respectfully request that its counsel, Nicole E. Lovelock, Esq., Sue Trazig-Cavaco, Esq. and Marta D. Kurshumova, Esq. be removed from the CM/ECF Service List and that notice of the proceedings in the above-captioned matter be discontinued as a result of Order Granting Stipulation for Dismissal of First National Bank of Omaha Without Prejudice (Doc. ID# 57) filed March 23, 2023. It is no longer necessary that Nicole E. Lovelock, Esq., Sue Trazig-Cavaco, Esq. and Marta D. Kurshumova, Esq. receive CM/ECF

notice of ongoing proceedings in this action.

Accordingly, the undersigned requests that Nicole E. Lovelock, Esq., Sue Trazig-Cavaco, Esq. and Marta D. Kurshumova, Esq. be removed from the CM/ECF Service List in this matter, USDC Case No. 2:22-cv-01691-CDS-BNW.

DATED this 19th day of April, 2023.

**JONES LOVELOCK**

/s/ *Nicole E. Lovelock, Esq.*
Nicole E. Lovelock, Esq. (11187)
Sue Trazig Cavaco, Esq. (6150)
Marta Kurshumova, Esq. (14728)
6600 Amelia Earhart Ct., Suite C
Las Vegas, Nevada 89119

*Attorneys for Defendant First National Bank of Omaha*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 10:56 am, April 20, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2023, I electronically transmitted the foregoing **DEFENDANT FIRST NATIONAL BANK OF OMAHA'S MOTION TO REMOVE COUNSEL FROM CM/ECF NOTIFICATIONS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

| | |
|---|---|
| George Haines, Esq.<br>Gerardo Avalos, Esq.<br>Freedom Law Firm<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br>Tel.: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: Ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff, FRANCIS WOOTERS* | Michael Kind, Esq.<br>Kind Law<br>8860 S. Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Tel.: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>*Attorneys for Plaintiff FRANCIS WOOTERS* |

/s/ *Lorrine Rillera*
An Employee of JONES LOVELOCK

**JONES LOVELOCK**
6600 Amelia Earhart Court, Suite C
Las Vegas, Nevada 89119

3