WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
jgarabedian@wrightlegal.net
*Attorney for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRIC COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCIS WOOTERS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, BANK OF AMERICA, N.A., MARLETTE FUNDING, LLC, FIRST NATIONAL BANK OF OMAHA, JPMORGAN CHASE BANK, N.A., HSBC BANK USA, N.A., AND SYNCHRONY FINANCIAL.<br><br>Defendants. | Case No. 2:22-CV-01691-CDS-BNW<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO STAY DISCOVERY (ECF No. 60)**<br><br>**(First Request)** |

Defendant Bank of America N.A. ("BANA") by and through its undersigned counsel of record, hereby submits the following Unopposed Motion to Extend Time to File Reply Brief in Support of Motion to Stay Discovery [ECF No. 60] (First Request).

BANA filed the motion on April 10, 2023 and Plaintiff Francis Wooters ("Plaintiff") filed an opposition on April 24, 2023 (ECF No. 65). A reply brief is currently due on May 1, 2023. BANA's undersigned counsel is out of town and has requested a short two-day extension from Plaintiff's counsel to file a reply. Plaintiff's counsel has agreed to the extension to make the new deadline May 3, 2023.

1

1     Based upon the foregoing, BANA respectfully requests that the Court extend the deadline for BANA to file its reply brief to May 3, 2023. This is the first request for extension of time, which is requested in good faith and is not for purposes of delay or prejudice to any other party.

Dated this 28th day of April, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 2, 2023