Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Francis Wooters*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Francis Wooters,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>　　　　　Defendants | Case No.: 2:22-cv-01691-CDS-BNW<br><br>Order Granting **Stipulation for dismissal of Trans Union LLC with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Francis Wooters and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans

---

Union LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 11, 2023.

**KIND LAW**

/s/ Michael Kind

Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines

George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Francis Wooters*

**A**lverson **T**aylor & **S**anders

/s/ Kurt Bonds, Esq
Kurt Bonds, Esq.6605
Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Counsel for Trans Union LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED   May 11, 2023

STIPULATION                                                     2