Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Counsel for Plaintiff Francis Wooters*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Francis Wooters,<br><br>                    Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>                    Defendants. | Case No.: 2:22-cv-01691-CDS-BNW<br><br>**Unopposed motion and order to continue hearing on motion to stay discovery**<br><br>**Hearing date: May 18, 2023**<br>**Time: 1:00 PM** |

Francis Wooters ("Plaintiff"), with notice and approval of Bank of America, N.A. ("Defendant"), by counsel, hereby submits this unopposed motion and order to continue the hearing on Defendant's motion to stay discovery, set for May 18, 2023, at 1:00 PM.

The continuance is sought because Plaintiff's counsel is unable to attend the hearing due to a last-minute scheduling conflict, despite counsel's best efforts in attempting to resolve the conflict.

MOTION                                        - 1 -

Therefore, in good faith and not for the purposes of delay, Plaintiff, with notice to Defendant and approval to file unopposed, requests this Court to continue the hearing currently scheduled for May 18, 2023, at 1:00 PM, to a future date and time that is convenient for the Court.

Dated: May 17, 2023.

                                        **KIND LAW**

                                        /s/ Michael Kind
                                        Michael Kind, Esq.
                                        8860 South Maryland Parkway, Suite 106
                                        Las Vegas, Nevada 89123
                                        *Attorney for Plaintiff Francis Wooters*

**ORDER**

Good cause appearing, the foregoing motion is hereby GRANTED. The hearing currently scheduled for May 18, 2023, at 1:00 PM, is VACATED. The hearing is rescheduled for June 14 2023, at 1:00 p.m in Courtroom 3B.

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

**DATED:_May 17, 2023**