Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Francis Wooters*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Francis Wooters,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Experian Information Solutions, Inc. et al,<br><br>　　　　　Defendants | Case No.: 2:22-cv-01691-CDS-BNW<br><br>**Stipulation for dismissal of Capital One Bank (USA) N.A. with prejudice** |

　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Francis Wooters and Capital One, N.A., successor-by-merger to Capital One Bank (USA),

N.A., erroneously sued as "Capital One Bank (USA) N.A." ('Capital One'), stipulate to dismiss Plaintiff's claims against Capital One Bank (USA) N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 5, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq
8985 S Eastern Ave, Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Francis Wooters*

**MCDONALD CARANO WILSON**

/s/ Karyna Armstrong, Esq.
Karyna Armstrong, Esq.
2300 W Sahara Avenue Suite 1200
Las Vegas, NV 89102
*Counsel for Capital One, N.A., successor-by-merger to Capital One Bank (USA), N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  July 5, 2023