1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **Kind Law**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
   (702) 329-5881 (fax)
6  mk@kindlaw.com
7  *Attorney for Plaintiff Francis Wooters*

8
9           **UNITED STATES DISTRICT COURT**
                **DISTRICT OF NEVADA**
10

11                                          Case No   2 22 cv 01691 CDS BNW
12  Francis Wooters,
13              Plaintiff
14     v.                                **Order Granting Stipulation of
                                          Dismissal of Bank of America,**
15  Experian Information Solutions, Inc. et      **N.A. with prejudice**
16  al,
                                              [ECF No. 81]
17              Defendants
18

19
20      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Francis
21  Wooters and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against
22  Bank of America, N.A. with prejudice.
    ///
23  ///
24  ///
25
26
27

_____
STIPULATION                    1

1      Each party will bear its own costs, disbursements, and attorney fees.

2      Dated: August 21, 2023.

3

4   **KIND LAW**

5    /s/ Michael Kind

6   Michael Kind, Esq

7   8860 South Maryland Parkway, Suite 106
    Las Vegas, Nevada 89123

8   *Attorney for Plaintiff Francis Wooters*

9   **WRIGHT, FINLAY & ZAK, LLP**

10

11  /s/ Jory C. Garabedian
    Darren Brenner, Esq

12  Jory C. Garabedian, Esq.

13  7785 W  Sahara Ave , Ste  200
    Las Vegas, Nevada 89117

14  *Counsel for Bank of America, N A*

15

16                              IT IS SO ORDERED:

17  _____

18                              UNITES STATES DISTRICT JUDGE

19

20                              DATED    August 21, 2023

21

22

23

24

25

26

27

STIPULATION                    2